IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

NOV 09 2016

Clerk, U.S Courts
District Of Montana
Missoula Division

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICCO LEE BROWN,

Defendant.

CR 09–26–BLG–DWM–CSO

ORDER

Defendant Ricco Lee Brown's Motion for Early Termination of Supervised Release (Doc. 86) is now before the Court. Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 86) is DENIED.

Dated this 9th day of November, 2016.

Donald W. Molloy, District Judge
United States District Court