IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 09–26–BLG–DWM–CSO |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICCO LEE BROWN, | |
| Defendant. | |

Defendant Ricco Lee Brown's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 89.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 89) is DENIED.

Dated this 15 day of March, 2018.

Donald W. Molloy, District Judge
United States District Court